United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dolcefino Communications LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action 4:21-cv-3326 |
| U.S. Department of Housing and Urban Development, | § § § | |
| Defendant. | § | |

## Order

Before the Court is Defendant's unopposed motion to continue its answer deadline and to continue the initial conference to a date following the new answer deadline. For the reasons stated in the motion, it is GRANTED.

Defendant shall answer Plaintiff's complaint by December 20, 2021. The initial conference currently scheduled for December 17, 2021, is reset for **February 4, 2022, at 11:20 am** by Zoom.

_____
Hon. Lee Rosenthal
Chief United States District Judge

December 06, 2021