United States District Court
Southern District of Texas
**ENTERED**
December 27, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Dolcefino Communications LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action 4:21-cv-3326 |
| U.S. Department of Housing and Urban Development, | § § § | |
| Defendant. | § | |

## Order

Before the Court is Defendant's unopposed motion to continue its answer deadline. For the reasons stated in the motion, it is GRANTED.

Defendant shall answer Plaintiff's complaint by January 10, 2022.

_____
Hon. Lee Rosenthal
Chief United States District Judge

December 27, 2021