# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Dolcefino Communications LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action 4:21-cv-3326 |
| | § | |
| U.S. Department of Housing and | § | |
| Urban Development, | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Defendant notifies the Court that the parties have resolved their differences over the documents at issue in this FOIA lawsuit. Defendant has agreed, and is preparing, to release certain documents. After the release of those documents, the parties will file a Stipulation of Dismissal with Prejudice or an Agreed Motion to Dismiss with Prejudice.

Respectfully Submitted,

JENNIFER B. LOWERY
United States Attorney

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002

Tel: (713) 567-9532
Fax: (713) 718-3303
Jimmy.Rodriguez2@usdoj.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served via the district's ecf system on all counsel of record.

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez